UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TINA QUARLES, CLAUDIA SAMPEDRO, EVA PEPAJ, JENNIFER WALCOTT ARCHULETA, JESSICA BURCIAGA, INA SCHNITZER a/k/a JORDAN CARVER, KIMBERLY COZZENS a/k/a/ KIM COZZENS, MONICA LEIGH BURKHARDT, ROSA ACOSTA, BRENDA GEIGER, and URSUAL MAYES,<br><br>    Plaintiffs,<br><br>v.<br><br>LATIN AMERICAN MUSIC PROMOTION LLC d/b/a DISCO RODEO and CARLOS GARCIA,<br><br>    Defendants. | Civil Action No. 1:22-cv-00544<br><br>**NOTICE OF APPEARANCE** |

**TO: The Clerk of Court and all Parties of record.**

I am admitted or otherwise authorized to practice in this State and in this District Court, and I hereby appear in this case as counsel for Defendants Latin American Music Promotion LLC d/b/a Disco Rodeo and Carlos Garcia in the above-captioned proceeding.

Date: January 10, 2023.

 

**SNEED PLLC**

By: */s/ Jason M. Sneed*
Jason M. Sneed (NC Bar No. 29593)
Megan E. Sneed (NC Bar No. 38525)
445 S. Main St., Suite 400
Davidson, NC 28036
Tel.: 844-763-3347
Email: JSneed@SneedLegal.com
Email: MSneed@SneedLegal.com

1

**BUTLER QUINN and HOCHMAN, PLLC**

Brian Hochman
4801 East Independence Blvd., Suite 700
Charlotte, NC 28212
Tel.: 704-569-9800 ext. 230
Email: BHochman@ButlerandQuinn.com


*Attorneys for Defendants*

## Certificate of Service

      The undersigned hereby certifies that the foregoing *Notice of Appearance* will be served on the following counsel of record through the CM/ECF system, this the 10th day of January, 2023.

John V. Golaszewski (N.Y. Bar. No. 4121901)
john@casaslawfirm.com

Matthew R. Gambale
matt@counselcarolina.com

Megan E. Sneed
MSneed@SneedLegal.com

Brian Hochman
BHochman@ButlerandQuinn.com

                                                    /s/ Jason M. Sneed

                                                  *Attorney for Defendants*

3
117009492.1

Case 1:22-cv-00544-CCE-LPA   Document 16   Filed 01/10/23   Page 3 of 3